JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINUS EKENE,<br><br>　　　　　Petitioner,<br>　　vs.<br>B. CASH, Warden,<br><br>　　　　　Respondent. | Case No. CV 10-9177-DDP (DTB)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: 10-1-12

　　　　　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE